NUMBER 13-10-00348-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

     IN THE INTEREST
OF A.S.D., D.E.S.D, AND J.K.S.D., CHILDREN     

____________________________________________________________

 

                     On
appeal from the County Court at Law No. 1 

                                      of
Calhoun County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

Before Chief Justice Valdez and
Justices Yañez and Garza

Memorandum Opinion
Per Curiam

 








Appellant,
Joshua Stephen South, attempts to appeal a judgment of contempt entered against
him on April 13, 2010.  This court does not have jurisdiction to review
contempt orders by direct appeal.  See Norman v. Norman, 692 S.W.2d 655,
655 (Tex. 1985); Tracy v. Tracy, 219 S.W.3d 527, 530 (Tex. App.BDallas 2007, no pet.).  Contempt orders may be reviewed only by an
application for a writ of habeas corpus, if the contemnor has been confined, or
by a petition for a writ of mandamus, if the contemnor has not been confined.  See
Rosser v. Squier, 902 S.W.2d 962, 962 (Tex. 1995); Ex parte Williams,
690 S.W.2d 243, 243 (Tex. 1985); Tracy, 219 S.W.3d at 290.

The Court,
having examined and fully considered the documents on file, is of the opinion
that the appeal should be dismissed for want of jurisdiction.  Accordingly, the
appeal is hereby DISMISSED FOR WANT OF JURISDICTION.  See Tex. R. App. P. 42.3(a), (c).  All
pending motions are likewise DISMISSED FOR WANT OF JURISDICTION.

 

PER CURIAM

Delivered and filed the 

5th day of August, 2010.